FILED
U.S DISTRICT COURT
2008 MAR 26  P 2: 20
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Civil No. 2:08 CV29 TC |
| Petitioner, | : | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| vs. | : | |
| CANDICE L. HAAS, | : | |
| Respondent. | : | |

On January 9, 2008, the United States filed its "Petition to Enforce Internal Revenue Summons," wherein it requested that this Court compel Respondent to comply with the Internal Revenue Service's ("IRS") August 7, 2007 Summons ("the Summons"). On January 10, 2008, this Court issued an "Order to Show Cause" requiring Respondent to appear before Magistrate Judge Warner on March 5, 2008 to show cause why he should not be compelled to comply with the Summons. Respondent appeared at the scheduled hearing and did not contest enforcement of the summons but agreed to comply. Consequently, on March 5, 2008, Magistrate Judge Warner entered a Report and Recommendation recommending that this Court order Respondent to comply with the Summons within 30 days from the date that this Court adopts the Report and Recommendation. The Magistrate Judge also recommended that Respondent receive a 15-day extension to comply *if* Respondent has made contact with the IRS and is attempting to comply with the Summons prior to the end of above-mentioned 30-day period.  Neither party objected to the Report and Recommendation. Consequently, after reviewing this matter *de novo*, this Court adopts the Report and Recommendation and ORDERS Respondent to comply with the Summons within 30 days from the date of this Order subject to a 15-day extension according to the Magistrate Judge's conditions.

DATED 26 OF MARCH 2008:

_____
TENA CAMPBELL, Chief Judge
United States District Court

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the District of Utah, and that a copy of the foregoing ORDER was mailed this 25th day of March 2008 to the following:

Candice L. Haas
1720 Stardust Dr.
Taylorsville, UT 84118

/s/ Jared C. Bennett